**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    vs                                    Case No.3:01cr97LAC

GERALD PHARIS

_____

**ORDER**

Your document, **MOTION BY LETTER**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

    The body of your pleading should state the nature of your request and what you want the court to do for you.

For these reasons, IT IS ORDERED that the document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document.

DONE and ORDERED this 12th day of January, 2006.

                                                      s/*L.A. Collier*
                                                      LACEY A. COLLIER
                                                      SENIOR UNITED STATES DISTRICT JUDGE