UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                  CASE NO.  3:01cr97LAC

GERALD PHARIS

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  FEBRUARY 14, 2006
Motion/Pleadings: MOTION TO TAKE JUDICIAL NOTICE
Filed by DEFENDANT PRO SE          on 1/30/06          Doc.# 182
RESPONSES:
                                    on            Doc.#
                                    on            Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                         Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 15th day of February, 2006, that:*

*(a) The relief requested is* **DENIED.**

*(b)* _____

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.