FLN (Rev. 4/2004) Deficiency Order  
3:01cr97LAC - UNITED STATES OF AMERICA vs. GERALD PHARIS

Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                              Case No. 3:01cr97LAC

GERALD PHARIS

## ORDER

Your document, **MOTION TO RECONSIDER MOTION TO TAKE JUDICIAL NOTICE**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For these reasons, IT IS ORDERED that the submitted hard copy of the document shall be returned to you by the clerk without filing.

DONE and ORDERED this 9th day of March, 2006.

                                                    *s/L.A. Collier*  
                                                    LACEY A. COLLIER  
                                                    SENIOR UNITED STATES DISTRICT JUDGE