FLN (Rev. 4/2004) Deficiency Order — vs.                                                                                                  Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                      Case No. 3:01CR97LAC

GERALD PHARIS

## ORDER

Your document titled **"SEE CRIMINAL LAW REPORTER VOL. 80, NO. 4., OCT. 25, 2006**, was referred to the undersigned with the following deficiencies:

> The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.
>
> Your document is not properly captioned for this court.  Every paper you file must have the name of this court, the case style, the case number and the title of your pleading.  The body of your pleading should state the nature of your request and what you want the court to do for you.

For these reasons, IT IS ORDERED that the document shall be returned.  The court will not consider it until you have corrected the above deficiencies through the filing of a corrected document.

DONE and ORDERED this 9th day of January, 2007.

                                                            s/*L.A. Collier*
                                                            LACEY A. COLLIER
                                                            SENIOR UNITED STATES DISTRICT JUDGE